TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (510) 970-4825
     Facsimile: (415) 744-0134
     E-Mail: Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANGELO MICHAEL WORTHY,    ) | Case No. 2:20-cv-07788-JC |
|           ) | |
|    Plaintiff,       ) | |
|           ) | JUDGMENT OF REMAND |
|    v.         ) | |
|           ) | |
| KILOLO KIJAKAZI[1],      ) | |
| Acting Commissioner of Social  ) | |
| Security,        ) | |
|           ) | |
|    Defendant.     ) | |

[1] Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted in as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated:    August 26, 2021

_____
/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE